■ PEOPLE v MILDRED JACKSON.—Motion for reargument granted and, upon reargument, the court adheres to its original determination [157 AD2d 126], with the clarification that

a de novo suppression hearing is not directed. Concur—Murphy, P. J., Rosenberger, Kassal and Smith, JJ.